FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GUILLERMO RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>PLA BEAUTY, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 3:26-cv-00538-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 7] |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have up to and including August 17, 2026, to respond to Plaintiff's Complaint (ECF No. 1). This is the first request for an extension of this deadline. The undersigned defense counsel has recently been retained in this matter and additional time is needed to review the facts of this case, and counsel also

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

has deadlines and obligations in other matters.

FREIMAN LEGAL

By: */s/ Lawrence W. Frieman, Esq.*
LAWRENCE W. FREIMAN, ESQ.
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: */s/ Scott M. Mahoney, Esq.*
Scott M. Mahoney, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorney for Defendant

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101