FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GUILLERMO RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>PLA BEAUTY, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 3:26-cv-00538-ART-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT ENE STATEMENT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that they will have up to and including November 10, 2026 to submit their respective ENE Statements to the Clerk's Office. This is the first request for an extension of this deadline. Defense counsel was out-of-state most of the week of October 26 in connection with family medical treatment and needs additional time for

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

this reason. To keep things equal, Plaintiff should also be extended additional time.

FREIMAN LEGAL

By: */s/ Lawrence W. Frieman, Esq.*
LAWRENCE W. FREIMAN, ESQ.
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: */s/ Scott M. Mahoney, Esq.*
Scott M. Mahoney, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorney for Defendant

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101